Case #: 3:265MJ5232

## AFFIDAVID IN SUPPORT OF A
## CRIMINAL COMPLAINT

I, Jon Gruenberg, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) assigned to FBI's Cleveland Field Office, Toledo Residence Agency.  I have been assigned to the Joint Terrorism Task Force, a joint federal and local task force investigating violations of federal law committed in Northwest Ohio. I have been a TFO with the FBI since March of 2022. I am also a detective with the Toledo Police Department in Toledo, Ohio, and have been employed since 2013.  I have received training in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, conducting physical surveillance, consensual monitoring, basic narcotics investigations, interdiction, and electronic and physical surveillance procedures. In addition to basic law enforcement training, I have also received training in the following areas: criminal use of email, social media, and telephonic communications, law, investigative techniques, surveillance, tactics, and firearms.

2.      As a Task Force Officer ("TFO"), Affiant is authorized to investigate violations of laws of the United States and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States. The statements contained in this affidavit are based on my experience and background as a TFO and on information provided by police officers, special agents, and other TFOs of the FBI. I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date to show there is probable cause for issuance of a complaint and warrant. Actions, conversations, and statements are described in substance and in part, except where otherwise indicated.

1

Case #: 3:265MJ5232

3. Based on the facts contained below, there is probable cause to believe that on March 4, 2026, NATHAN HAYES, through the use of a phone, an instrument of interstate or foreign commerce, maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt to unlawfully damage or destroy any building, vehicle, or other real or personal property by means of a fire or an explosive, in violation of 18 U.S.C. § 844(e).

4. On or about March 4, 2026, an individual identifying himself as "Jared Miller" called in a bomb and mass shooting threat to Ottawa Hills High School, located at 2532 Evergreen Rd., Ottawa Hills, OH 43606, located in the Northern District of Ohio, Western Division. "Miller" placed the threatening call utilizing telephone number 937-203-9578. Local law enforcement responded to the scene and swept the area. There were no bombs, nor active shooters, located on or near the property. By the following week, Agents learned this telephone number called in similar threats to at least 17 other schools throughout the State of Ohio on March 4, 2026. It was reported that local law enforcement also responded to these threats and no bombs, no active shooters, were located on or near any of the properties.

5. Open-source information revealed telephone number 937-203-9578 was owned by Charter Communications and operated by Verizon. Agents served Emergency Disclosure Requests (EDR) to both service providers. In response, Verizon provided the last known location, which resolved back to an address in Huber Heights, Ohio. After interviewing the user of 937-203-9578, and reviewing the call detail record, Agents learned telephone number 937-203-9578 was spoofed.[1]

---

[1] According to the Federal Communications Commission, Spoofing is when a caller deliberately falsifies the information transmitted to your caller ID display to disguise their identity. Scammers often use neighbor spoofing so

2

Case #: 3:265MJ5232

## Rocky River Police Department Information

6.      On March 5, 2026, FBI Toledo spoke with Rocky River Police Department ("RRPD") regarding RRPD's parallel investigation. For background, Rocky River High School was one of the 17 schools that received a bomb threat on March 4, 2026. RRPD utilized Industry Traceback Group[2] (ITG) to unmask information about the spoofed telephone number 937-203-9578. According to ITG, the calls were traced to a telecommunications account provided by Turkana LLC ("Turkana"). The associated Turkana account belonged to an establishment in Georgia. The point of contact for that establishment informed law enforcement he installed "Asterisk," an open-source VoIP calling program, rented an online/virtual server from Digital Ocean, and then configured the traffic to run on Turkana's network.  The Digital Ocean IP address associated with the "transaction" (threatening hoax calls) was 143.244.223.79.

7.      RRPD served a state subpoena to Turkana and received the log of calls that were placed utilizing IP address 143.244.223.79 on March 4, 2026. The telephone numbers found in the "to number" column belong to multiple victim schools throughout the State of Ohio. The following was obtained.:

| start time | src_ip | duration | from number | to number |
|---|---|---|---|---|
| 3/4/26 10:08 AM | 143.244.223.79 | 107 | 19372039578 | 14403577542 |

---

it appears that an incoming call is coming from a local number, or spoof a number from a company or a government agency that you may already know and trust (https://www.fcc.gov/consumers/guides/spoofing)

[2] ITG is led by USTelecom and designated by the Federal Communications Commission as the official U.S. Traceback Consortium, a collaborative effort of companies across the wireline, wireless, VoIP and cable industries that actively trace and identify the source of illegal robocalls. The ITG targets ongoing high-impact and/or high-volume illegal robocalling campaigns as well as other high-impact illegal spoofing scams.

| | | | | |
|---|---|---|---|---|
| 3/4/26 10:15 AM | 143.244.223.79 | 37 | 19372039578 | 14403577542 |
| 3/4/26 10:20 AM | 143.244.223.79 | 44 | 19372039578 | 14403577542 |
| 3/4/26 10:23 AM | 143.244.223.79 | 39 | 19372039578 | 14403577542 |
| 3/4/26 10:28 AM | 143.244.223.79 | 158 | 19372039578 | 14406320261 |
| 3/4/26 10:33 AM | 143.244.223.79 | 252 | 19372039578 | 14406320261 |
| 3/4/26 10:37 AM | 143.244.223.79 | 248 | 19372039578 | 15133985025 |
| 3/4/26 10:42 AM | 143.244.223.79 | 98 | 19372039578 | 16142314591 |
| 3/4/26 10:44 AM | 143.244.223.79 | 104 | 19372039578 | 15133638400 |
| 3/4/26 10:46 AM | 143.244.223.79 | 10 | 19372039578 | 14403496230 |
| 3/4/26 10:46 AM | 143.244.223.79 | 97 | 19372039578 | 14195345376 |
| 3/4/26 10:48 AM | 143.244.223.79 | 203 | 19372039578 | 16143656006 |

Case #: 3:265MJ5232

| 3/4/26 10:53 AM | 143.244.223.79 | 102 | 19372039578 | 14403566800 |
|---|---|---|---|---|
| 3/4/26 10:55 AM | 143.244.223.79 | 135 | 19372039578 | 16142596639 |
| 3/4/26 10:58 AM | 143.244.223.79 | 104 | 19372039578 | 15132724550 |
| 3/4/26 11:00 AM | 143.244.223.79 | 75 | 19372039578 | 16148737377 |
| 3/4/26 11:01 AM | 143.244.223.79 | 110 | 19372039578 | 19372563777 |
| 3/4/26 11:03 AM | 143.244.223.79 | 7 | 19372039578 | 13306531416 |
| 3/4/26 11:04 AM | 143.244.223.79 | 77 | 19372039578 | 12162954200 |
| 3/4/26 11:05 AM | 143.244.223.79 | 53 | 19372039578 | 14199963000 |
| 3/4/26 11:06 AM | 143.244.223.79 | 5 | 19372039578 | 14199963000 |
| 3/4/26 11:06 AM | 143.244.223.79 | 77 | 19372039578 | 14405937210 |
| 3/4/26 11:08 AM | 143.244.223.79 | 75 | 19372039578 | 19376956277 |

Case #: 3:265MJ5232

| 3/4/26 11:10 AM | 143.244.223.79 | 71 | 19372039578 | 13303020328 |
|---|---|---|---|---|
| 3/4/26 11:11 AM | 143.244.223.79 | 17 | 19372039578 | 16144506200 |
| 3/4/26 11:12 AM | 143.244.223.79 | 112 | 19372039578 | 16144506200 |
| 3/4/26 11:14 AM | 143.244.223.79 | 112 | 19372039578 | 16144785500 |
| 3/4/26 11:16 AM | 143.244.223.79 | 126 | 19372039578 | 17406817500 |
| 3/4/26 11:18 AM | 143.244.223.79 | 89 | 19372039578 | 16144506400 |
| 3/4/26 11:20 AM | 143.244.223.79 | 8 | 19372039578 | 17407974521 |
| 3/4/26 11:20 AM | 143.244.223.79 | 51 | 19372039578 | 17407974521 |
| 3/4/26 11:21 AM | 143.244.223.79 | 120 | 19372039578 | 14193540100 |

8.      On or about March 5, 2026, Lake County Sheriff's Office (LCSO) in Ohio received an email from an anonymous Source of Information-1 (SOI-1). SOI-1 claimed the subject of the hoax swatting calls from March 4, 2026, was Discord user "raymondreddington70". SOI-1 provided multiple attachments, to include a screenshot of a

6

profile page for Discord account "raymondreddington70", screenshots of

"raymondreddington70" "bragging about his terrorism" while sharing his computer screen with

SOI-1, and a recorded audio file. The screenshots have been included below.





Case #: 3:265MJ5232





9.      The following is a transcription of the audio file between SOI-1 and "raymondreddington70:"

**Unknown male 1:** *"You should call that specific one back tomorrow, since they said they didn't find anything, and be like you didn't find anything because ya'll don't know how to search good."*

**Unknown male 2:** *"No, it's because I was bored dude. Should, should I call them up and tell 'em, nah bro it's because I was bored… hmmph."*

**Toledo Telephonic Communication with SOI-1**

10.      On or about April 13, 2026, SOI-1 agreed to speak with FBI Toledo over the telephone on the condition SOI-1 could remain anonymous. SOI-1 continued to provide information on who SOI-1 believed committed all the swatting calls in Ohio on March 4, 2026 - Discord user "raymondreddington70". SOI-1 provided several aliases and other accounts utilized by "raymondreddington70" to include the following:

    a.  "Raymondreddington70" uses an alias of Plutonium, aka Pluto

    b.  Additional Discord Username: KashAppPatel (later identified as "thekashpatel")

    c.  Spotify

11.      The information provided by SOI-1 was independently corroborated by: (1) the FBI database query discussed below; (2) the Grand Jury Subpoena return from Discord for "raymondreddington70" discussed below; (3) the Grand Jury Subpoena return from Spotify discussed below; (4) the check of the FBI case management system regarding the name "Plutonium" discussed below; (5) HAYES' prior statements and his criminal conduct on Discord utilizing the name "Plutonium" discussed below; (6) the information provided by Discord user

9

"xx3"discussed below; (7) the Grand Jury Subpoena return from Discord for "thekashpatel" discussed below; and (8) websites operated by Discord account "Benjamin Netanyahu" (username "osintanalysis") discussed below.

### Other reports on "Raymondreddington70"

12.  Agents queried "raymondreddington70" through FBI databases and learned on February 21, 2026, an anonymous complainant submitted an online tip to the FBI's National Threat Operations Center (NTOC) regarding swattings by Discord user "raymondreddington70" Discord User ID: 1411724396325900472.  According to the anonymous complainant "raymondreddington70" was reporting hostage situations to 911 over the telephone and pretending to be the person living at the address. When asked if the person ("raymondreddington70") had done this before, the anonymous complainant answered "yes." When asked how the anonymous complainant knew about the crime, he/she answered, "they admitted to it on a Discord server."

### Grand Jury Subpoena to Discord for "Raymondreddington70"

13.  On or about May 5, 2026, the FBI received records for "raymondreddington70" pursuant to a Grand Jury Subpoena. According to the records, the account was created on August 31, 2025, and last seen online on March 4, 2026, at 13:10:38 UTC. It should be noted, the last day "raymondreddington70" was seen online (March 4, 2026) was the day the swatting calls took place throughout the State of Ohio. It should also be noted that in the approximately 30 days leading up to March 4, 2026, "raymondreddington70" was online every day.

### Grand Jury Subpoena to Spotify

14.  On or about May 11, 2026, the FBI received records for the Spotify account SOI-1 reported was being utilized by "raymondredington70" aka "Plutonium." According to the

10

records, the account was created on February 20, 2026. The name/display name was listed as "Pluto." The email address associated with the account was "plut070985@gmail.com." The type of device was listed as "Web: chrome desktop (Windows) Desktop: asus system product name (Windows 10.0.26200)" indicating the user of the Spotify account was utilizing a desktop.

**Identification of Nathan HAYES**

15.     Following the call with SOI-1, basic checks, to include searches through FBI case management systems, were conducted on the information provided. The alias "Plutonium" yielded positive results. According to law enforcement records, Nathan Ryan HAYES ("HAYES"), date of birth January 29, 2008, was arrested by Albany Police Department in Oregon on March 23, 2023, for making swatting calls to Ontario, Canada, Key West Florida, Taos, New Mexico, and Advance, North Carolina. During this timeframe, HAYES used the username "Plutonium" on his online platforms.

16.     When HAYES was 16 years old, he was interviewed by the FBI as part of a proffer while incarcerated at Rogue Valley Youth Correctional Facility located at 2001 NE F Street, Grants Pass, Oregon for the aforementioned swatting calls. HAYES' attorney was present during the entire interview. According to the report, HAYES made the following statements below. It should be noted that the following statements do not include every statement HAYES made during the interview.

    a.  In early 2020, HAYES was given an old computer by his mom which he used for his communications. HAYES used Discord to communicate with people because it was easy to use. Discord had a direct messaging feature and various servers that a person could get involved in. Discord has servers that are sort of organized by topics.

11

b.  HAYES was part of a server titled Monkey Mafia. In order to join Monkey Mafia, you had to be invited. HAYES was sent a link on another Discord server which allowed him to become a member of Monkey Mafia. HAYES believed approximately 60% of Monkey Mafia was internationally based.  Within Monkey Mafia, HAYES met a person who went by the username "Syskey." Syskey allegedly was 19 or 20 years old at the time and resided in Sweden.

c.  Syskey started swatting several years ago and started small, "like schools" and then moved up to businesses and eventually government agencies, while also doxing their employees. HAYES looked up to Syskey and what he had done.

d.  In 2021, 100+ schools were shut down (at least one from every state). It was a coordinated attack via Botnet[3] with several computers to call, all using VoIP. Both pre-recorded AI generated VoIP and messages were used. HAYES and Syskey were behind this idea.

e.  HAYES explained he liked swatting in the United States because there are more police officers in the U.S. than in other countries and there are units like SWAT Teams with guns and explosives.

f.  HAYES said his username is Plutonium, or Pluto. He made the name Plutonium because it was "explosive."

---

[3] A botnet is a group of Internet-connected devices, each of which runs one or more bots. Botnets can be used to perform distributed denial-of-service (DDoS) attacks, steal data, send spam, and allow the attacker to access the device and its connection. The owner can control the botnet using command and control (C&C) software. The word "botnet" is a portmanteau of the words "robot" and "network". The term is usually used with a negative or malicious connotation (https://en.wikipedia.org/wiki/Botnet).

12

g.  Eventually, Discord deleted Monkey Mafia after changing their policy on what could or could not be said on their servers and started moderating more. The original Discord server that HAYES was a part of moved to Telegram.

h.  HAYES said in addition to using a VoIP number and an encrypted or temporary email, he would also use a VPN to hide his IP address. HAYES would choose the VPN from a country that did not cooperate with the U.S. or where the U.S. could not get information from.

i.  HAYES had never been doxxed himself and was not worried about being doxxed in the future because he did not put any information online such as his true identity or where he lived. HAYES was also not concerned about his family being doxxed because he did not put their information online. [Agent Note: According to HAYES' mother, the family had been swatted, and her financial accounts had been compromised based on HAYES' online activity.]

j.  HAYES was aware of the term "swatting." HAYES would find out where the person lived, find out if there were cameras, and then attempt to get them to go through the process. HAYES would use an IP grabber, further stating he used IP Forever to locate someone's IP address and physical location. HAYES would have them click on a link and use their IP to reverse geolocate. HAYES would have the person use their phone to turn their location on, connect to Wi-Fi, change his/her password, and turn their data off. He would also get people to create TextNow accounts and if they did not do this, they would be swatted.

k.  HAYES did not think swatting or doxxing was that bad.

13

l.  HAYES thought the people who engage in swatting do it for the reaction of other people and compete to see who's swatting gets the biggest reaction from the victims. HAYES explained that the people on Monkey Mafia compete with each other for the biggest or craziest reactions. When HAYES was asked to describe the escalation of swatting attacks, he responded, it would start with Botnet attacks and then move to swatting random places. It would then escalate to swatting schools and move to businesses. Following businesses, it would escalate to swatting multiple places at a time. Multiple numbers would call various places at once using Botnet VoIPs. Following this, the swattings would escalate to government agencies and then to places overseas.

m.  When asked how HAYES had shut down a specific online site, HAYES responded he used a Botnet. HAYES explained that a Botnet is several computers infected with a virus. He learned how to infect computers based on vulnerable devices, which were easy to locate. HAYES was bored and tired of school when he shut down the specific site.

n.  HAYES said MicroSIP[4] was a VoIP he used a couple of times to get different burner emails. The emails were always randomly selected, and he just had the site create the email so it could not be tracked back to him by using different themes or hints to connect his real identity.

---

[4] MicroSIP is a free, lightweight, and open-source SIP softphone for Windows that enables high-quality VoIP calls using the Session Initiation Protocol (SIP) (microsip.org).

o.  When making the pre-recorded threats in the past, HAYES used the microphone on his computer, along with a voice distortion application to record the threat. He also used fake background noises to throw off any investigation into the threat. HAYES would watch the cameras during and after making the threat to the location to see people's reaction to what he said. He would laugh at how people responded, which was why it was fun to make the threats.

p.  In regard to a previous bomb threat made to a train, HAYES said he lied to the initial investigators when he was previously interviewed because he did not want to get in trouble, but ultimately HAYES chose the train to swat because it was a tourist train and had cameras he could pull up.

q.  HAYES had "Iced" someone by calling immigration services on a person he thought was an illegal alien. He assumed the person was illegal based off their race but had no actual information they were in the U.S. illegally.

r.  HAYES made a mass shooting threat in Taos, New Mexico. There was a camera HAYES could view in the plaza of the shop, so he could view people's reactions to the mass shooting threat. HAYES did not remember why he picked the clerk at the Coyote shop, but thought he picked it because of the camera location. No one told HAYES to make the threat and again he had that part up to the initial Albany police officers.

s.  HAYES said he also lied to investigators about the threat made in Advance, North Carolina. He originally said he was being blackmailed, or that Discord user Syskey would swat HAYES, but that was a lie and he just did not want to get in trouble.

15

Syskey and HAYES would discuss the threats they made and swatting ideas, but they never threatened each other.

t. HAYES explained he would convert money to Bitcoin to hide it. One time, HAYES gained leverage over someone and coerced them into purchasing a gift card for $20 for him. HAYES did not provide further details but claimed to have only done it once because he did not need the money.

u. HAYES ended the interview by stating, swatting was pointless and nothing good came out of it.

17. On or about March 19, 2026, FBI Portland interviewed HAYES at his mother's residence in Sweet Home, Oregon, in response to several harassing telephone calls HAYES made to individuals in Sugar Grove, Illinois. This interview was unrelated to the swatting calls in Ohio on March 4, 2026. According to FBI Portland's report, HAYES admitted to calling neighbors of an adult named "Kyle" he met on Discord who allegedly was communicating with a minor female and planning to travel to see the minor. HAYES wanted Kyle's neighbors to know that Kyle was a child molester. HAYES said he did not attempt to hide his telephone number, nor make any swatting calls. In fact, HAYES said he used to make swatting calls, but that was why he got arrested in 2023. HAYES did not do that anymore and had not done that since he had been released from custody. HAYES is trying to do better with his life and does not participate in any groups online that promote violence or make swatting calls.

18. Referencing the same incident, Sugar Grove Police Department ("SGPD") in Illinois reported Kyle was being harassed by HAYES, who Kyle knew to reside in the Eugene, Oregon area. At the time, HAYES was using a Discord account with the display name "plutonium" and usernames "thesureno" and "Yeah". SGPD Detectives telephonically contacted

16

Case #: 3:265MJ5232

HAYES who admitted to contacting Kyle's neighbors letting them know Kyle was a sex offender. Kyle provided Detectives with a screenshot of the account and conversations, which are included below. The first screenshot depicts username "thesureno" associated with display name "Plutonium", which belongs to HAYES. The second screenshot depicts a text channel announcement for Discord display name "Yeah", associated with username "oregonyouthauthority". In the text channel, on November 16, 2025, Discord account "Plutonium" says "@here old swatting I did before I got locked up." Another text sent by "Plutonium" on December 16, 2025, stated "kyle is saying he will swat me lmao."



19.     SGPD's reports also indicated the morning of December 25, 2025, officers were dispatched to Kyle's residence for a welfare check after Dispatch received a call from a person identifying himself as Kyle claiming he had a grenade, planned to kill everyone, and had just shot his uncle. Once officers arrived on scene, they spoke with Kyle who claimed to have no idea what was going on. While interviewing Kyle, Dispatch claimed to currently be speaking with the

17

Case #: 3:265MJ5232

original caller, yet Kyle did not have a cellphone in his hand. Kyle told officers he had a disagreement with an individual from Oregon named Nathan HAYES whom he met on Discord and exchanged phone numbers with. Kyle relayed that he had previously reported HAYES to SGPD regarding HAYES' harassment calls. It was determined that Kyle had been swatted.

### FBI Toledo Call with SOI-2

20.    On or about April 27, 2026, FBI Toledo again spoke to original spoofing victim (referred to hereinafter as "Victim 1"). Victim 1 informed FBI Toledo that he was speaking to "xx3" on Discord and told "xx3" that he (Victim 1) was speaking with the FBI. FBI Toledo asked Victim 1 if "xx3" would be willing to speak to the FBI directly. After "xx3" agreed, FBI Toledo created a Discord account and added "xx3", which is username "ewpb", into a direct chat. Agents began to communicate with "xx3", hereinafter referred to as SOI-2. SOI-2 agreed to speak to the FBI on the condition he remained anonymous. SOI-2 made it clear he does not like law enforcement and was only speaking with the FBI to clear his name from any association with the swatting calls that occurred in Ohio on March 4, 2026. SOI-2 knew "Plutonium" was responsible for the March 4, 2026, Ohio swatting calls because "Plutonium" sent "xx3" the MicroSIP log. "Plutonium" utilized MicroSIP to spoof the victim 1's telephone number. "Xx3" indicated "Plutonium" also took responsibility for a swatting that took place in Taos, New Mexico. "Plutonium" possessed numerous aliases, to include: "implutonium", aka "Pluto", aka "KashAppPatel", aka "osintanalysis". SOI-2 provided "Plutonium's" new Discord account revealing display name "Benjamin Netanyahu" and username "osintanalysis". The individual will be referred to by his display name "Benjamin Netanyahu" below.

18

Case #: 3:265MJ5232

21.     During the conversation, SOI-2 voluntarily shared his computer display screen allowing Agents to view in real time SOI-2's conversation with "Benjamin Netanyahu" aka "Plutonium". The following conversation was obtained:

xx3 (4/27/26 2:16 PM):  niggas are still making articles on the ohio school swatting

Benjamin Netanyahu (4/27/26  at 2:16 PM):  fr?

xx3 (4/27/26 2:16 PM):  ye

Benjamin Netanyahu (4/27/26  2:17 PM): LMAO

Benjamin Netanyahu (4/27/26 2:17 PM): i can go bigger

Benjamin Netanyahu (4/27/26 2:17 PM): lmao

Benjamin Netanyahu (4/27/26 2:17 PM): that was baby shit dawg

Benjamin Netanyahu (4/27/26 2:17 PM and 2:18PM): Shared two news articles:

At least 35 schools in Ohio received threatening phone calls Wednesday that turned out to be a hoax, according to the Ohio Department of Public Safety.

At least 35 schools in Ohlo recelved threatening phone calls Wednesday that turned out to be a hoax, according to the Ohio Department of Public Safety.1 month ago

Benjamin Netanyahu (4/27/26  2:18 PM): i MEAN FUCKING BIG

Benjamin Netanyahu (4/27/26  2:18 PM): im talking hundreds of calls

Benjamin Netanyahu (4/27/26  2:18 PM): in one day

Benjamin Netanyahu (4/27/26  2:18 PM): gonna make the president adress my ass

Benjamin Netanyahu (4/27/26  2:18 PM): in the following weeks im gonna do something BIG

22.     SOI-2 also provided information that "Benjamin Netanyahu" runs a service where he will swat for a price. SOI-2 provided a screenshot of the interaction. The screenshot depicts

19

Case #: 3:265MJ5232

SOI-2 telling "Benjamin Netanyahu" that someone wants to "buy a swat" and will utilize

Bitcoin. "Benjamin Netanyahu" agrees to do the swat for $30.00 and provided his Bitcoin

account. The screenshot is included below.



23.     SOI-2 stated "Benjamin Netanyahu" utilized a service called "MicroSIP" to spoof

the telephone number and make the calls. "Benjamin Netanyahu" sent SOI-2 a screenshot of two

call logs referencing the swattings from March 4, 2026, in Ohio, which ultimately SOI-2

provided to the FBI. The call logs were the same, except one call log possessed a blank

background, while the other call log had "Plutonium" transposed in the background.

20

Case #: 3:265MJ5232

| Name | Number | Time | Duration | Info |
|---|---|---|---|---|
| +18002738255 | +18002738255 | 3/4/2026 11:28:31 PM | | Canceled |
| +18002738255 | +18002738255 | 3/4/2026 11:28:03 PM | | Canceled |
| +18002738255 | +18002738255 | 3/4/2026 11:00:45 PM | 20:40 | Call Ended |
| +118002738255 | +1180027382... | 3/4/2026 11:00:37 PM | | Service Unavaila... |
| 18002738255 | 18002738255 | 3/4/2026 11:00:21 PM | | Canceled |
| +13523923261 | +13523923261 | 3/4/2026 8:30:56 AM | | Canceled |
| +14193540100 | +14193540100 | 3/4/2026 8:21:23 AM | 2:00 | Call Ended |
| +17407974521 | +17407974521 | 3/4/2026 8:20:29 AM | 0:50 | Call Ended |
| +17407974521 | +17407974521 | 3/4/2026 8:20:16 AM | 0:08 | Call Ended |
| +16144506400 | +16144506400 | 3/4/2026 8:18:35 AM | 1:29 | Call Ended |
| +17406817500 | +17406817500 | 3/4/2026 8:16:19 AM | 2:06 | Call Ended |
| +16144785500 | +16144785500 | 3/4/2026 8:14:07 AM | 1:52 | Call Ended |
| +16144506200 | +16144506200 | 3/4/2026 8:11:55 AM | 1:52 | Call Ended |
| +16144506200 | +16144506200 | 3/4/2026 8:11:23 AM | 0:17 | Call Ended |
| +13303020328 | +13303020328 | 3/4/2026 8:09:51 AM | 1:11 | Call Ended |
| +19376956277 | +19376956277 | 3/4/2026 8:08:09 AM | 1:15 | Call Ended |
| +14405937210 | +14405937210 | 3/4/2026 8:06:46 AM | 1:17 | Call Ended |
| +14199963000 | +14199963000 | 3/4/2026 8:06:33 AM | 0:04 | Call Ended |
| +14199963000 | +14199963000 | 3/4/2026 8:05:29 AM | 0:52 | Call Ended |
| +12162954200 | +12162954200 | 3/4/2026 8:03:54 AM | 1:17 | Call Ended |
| +13306531416 | +13306531416 | 3/4/2026 8:03:32 AM | 0:06 | Call Ended |
| +19372563777 | +19372563777 | 3/4/2026 8:01:29 AM | 1:50 | Call Ended |
| +16148737377 | +16148737377 | 3/4/2026 7:59:54 AM | 1:14 | Call Ended |
| +15132724550 | +15132724550 | 3/4/2026 7:58:05 AM | 1:43 | Call Ended |
| +16142596639 | +16142596639 | 3/4/2026 7:55:35 AM | 2:15 | Call Ended |
| +16142596639 | +16142596639 | 3/4/2026 7:55:30 AM | | Canceled |
| +14403566800 | +14403566800 | 3/4/2026 7:53:05 AM | 1:42 | Call Ended |
| +14195427475 | +14195427475 | 3/4/2026 7:52:34 AM | | Canceled |
| +16143656006 | +16143656006 | 3/4/2026 7:48:42 AM | 3:22 | Call Ended |
| +14195345376 | +14195345376 | 3/4/2026 7:46:30 AM | 1:36 | Call Ended |
| +14403496230 | +14403496230 | 3/4/2026 7:46:03 AM | 0:10 | Call Ended |
| +15133638400 | +15133638400 | 3/4/2026 7:43:56 AM | 1:43 | Call Ended |
| +16142314591 | +16142314591 | 3/4/2026 7:42:10 AM | 1:37 | Call Ended |
| +15133985025 | +15133985025 | 3/4/2026 7:37:40 AM | 4:08 | Call Ended |
| +14406320261 | +14406320261 | 3/4/2026 7:33:24 AM | 4:11 | Call Ended |
| +14406320261 | +14406320261 | 3/4/2026 7:28:17 AM | 2:38 | Call Ended |
| +14403577542 | +14403577542 | 3/4/2026 7:23:14 AM | 0:38 | Call Ended |
| +14403577542 | +14403577542 | 3/4/2026 7:20:09 AM | 0:44 | Call Ended |
| +14403577542 | +14403577542 | 3/4/2026 7:19:58 AM | | Server Internal Er... |
| +14403577542 | +14403577542 | 3/4/2026 7:19:55 AM | | Server Internal Er... |
| +14403577542 | +14403577542 | 3/4/2026 7:15:44 AM | 0:38 | Call Ended |
| +14403577542 | +14403577542 | 3/4/2026 7:08:35 AM | 1:47 | Call Ended |

21

24.     Agents analyzed the screenshot of the call log provided by "Benjamin Netanyahu" and compared the call log to the call log received from telecommunications service provider Turkana (reference paragraph 21 above) pursuant to legal process. The telephone numbers and the durations match, but of note, the times of the calls in the call log provided by Turkana were in Eastern time, while the times in the call log provided by "Benjamin Netanyahu" were three hours earlier, likely indicating Pacific time, which is the time zone that HAYES (aka Plutonium) resides in.

a.     Based on my education, training and experience, the Turkana call log referenced in paragraph 21 independently corroborates the call log provided by SOI-2 and suggests that SOI-2's basis of knowledge is likely direct communication with an individual directly involved with the swatting calls.

b.     Additionally, the information provided by SOI-2 was independently corroborated by: (1) the FBI database query discussed above in paragraph 28; (2) the Grand Jury Subpoena return from Discord for "raymondreddington70" discussed above in paragraph 29; (3) the check of the FBI case management system regarding the name "Plutonium" discussed above at paragraph 31; (4) HAYES' prior statements and his criminal conduct on Discord utilizing the name "Plutonium" discussed in paragraphs 32 through 25 above; (5) the information provided by SOI-1  discussed in paragraphs 24 through 27 above; (6) the Grand Jury Subpoena return from Discord for "thekashpatel" discussed below at paragraph 46; (7) websites operated by Discord account "Benjamin Netanyahu" (username "osintanalysis") discussed in paragraph 47 below; and (8) information from HAYES' Probation Officer discussed in paragraphs 48 through 50.

22

Case #: 3:265MJ5232

25.    SOI-2 also provided information on how "Benjamin Netanyahu" obfuscates his online identity. First, he utilizes the Mullvad virtual private network (VPN) service allowing him to utilize a feature called the "kill switch," which means if the VPN disconnects, the Internet will also disconnect, preventing any Internet traffic through his true IP address. Secondly, he utilizes the services of DAITA and Multihop, through the Mullvad VPN. DAITA is the Defense Against AI-guided Traffic Analysis, which is a service that creates random background traffic, distorts data patterns, and changes all packet sizes constantly, for the purpose of preventing artificial intelligence (AI) from analyzing your Internet traffic. Multihop routes traffic through two or more servers in separate jurisdictions, giving a user a higher level of privacy and security even if one server were to be compromised. SOI-2 indicated "Benjamin Netanyahu" operated a website called REconOS (https://reconosint.com/), while also working on a new website called Sentinel OSINT (https://sentinellookup.info/).  Both websites are supposed to be utilized for open source intelligence, letting a user search names and identifiers to find additional information about a person.

26.    SOI-2 has never seen "Benjamin Netanyahu" in person, or on camera, but during conversations with "Benjamin Netanyahu" SOI-2 learned he lived in a trailer, had an interest in boxing, owned a cat, and was possibly Hispanic.

27.    In the evening of April 28, 2026, Victim 1 contacted FBI Toledo indicating he (Victim 1) was added into a Discord chat with SOI-2, "Plutonium" (HAYES) and the FBI's Discord account created to communicate with SOI-2. Victim 1 reported that "Plutonium" was in the chat "talking shit" and called the FBI Agent's Discord account "a fag". By the time FBI Agents reviewed the chat, all communications had been deleted.

23

Case #: 3:265MJ5232

## Plutonium Dox Paste on Doxbin

28.     On or about April 29, 2026, approximately two days after FBI Agents were first in contact with SOI-2, and one day after FBI Agents were added into a Discord chat with the individual who took credit for the March 4, 2026, swatting calls, a new paste regarding "Plutonium" was posted on Doxbin. The title of the paste was "Plutonium Failed Swatter." The author of the paste, who is unknown, claimed "Plutonium" was an alias for an individual named Jake Bova and/or Jacob Bova. The paste contained PII, to include name, date of birth, current addresses (Sacramento, CA and Largo, FL), contact information, email addresses, property information, possible relatives, and information on a business. The paste specifically stated Bova owned a company called Reconosint LLC out of Sacramento, California, which operated in the computer software category. Using open source, FBI Agents were able to confirm an individual named "Jacob Bova" did register a business named Reconosint LLC in Sacramento, California, on March 19, 2026. Separately, FBI Agents were able to confirm a Jake Bova resided in Largo, Florida. The dates of birth for "Jacob Bova" in Sacramento, CA, and "Jake Bova" in Largo, FL, are different. It appears an unknown actor likely used public records to incorrectly identify "Plutonium" as Jake and/or Jacob Bova by citing a known business in California and mistakenly saying it was the same as the website operated by "Plutonium."

29.     Based on my education, training and experience, some common motives for using sites like Doxbin are revenge after online arguments, status-seeking in Internet subcultures, extortion, vigilantism, and swatting or coordinated harassment campaigns. While at times Doxbin possesses factual information, an individual can also post incorrect information, and/or create a fake or misleading doxxing post to confuse investigators, redirect suspicion, or attempt to muddy factual record.

24

Case #: 3:265MJ5232

### Grand Jury Subpoenas to Discord for "thekashpatel"

30.     As stated above, both SOI-1 and SOI-2 indicated Discord account "thekashpatel" was an account utilized by the individual who committed the swatting calls on March 4, 2026. On or about May 5, 2026, the FBI received records for Discord username "thekashpatel" (User ID 924959714612248586) pursuant to a Grand Jury Subpoena. According to the records, the account was created on December 27, 2021, and was last seen online on April 15, 2026. The account's verified email address was "nlptomtp7749@outlook.com". There was billing information associated with "thekashpatel". A visa credit card through Stripe was attached to this account in the name of Nathan Ryan HAYES, billing address 1207 43rd Avenue, Sweet Home, OR 97386. Also included in the return were other display names utilized by username "thekashpatel" which include "thekashpatelRECONOSINT", "KashPatelOSINT", "thekashpatelisrael", and "plutoniumrunsyou". It should be noted that the other display names utilized by "thekashpatel" contain the names of the two websites currently operated by Discord display name "Benjamin Netanyahu" (Discord username "osintanalysis") – RECONOSINT and OSINT.

### Websites Operated by Discord account "Benjamin Netanyahu" (username "osintanalysis")

31.     On or about May 6, 2026, FBI Toledo navigated to the website reportedly operated by Discord account "Benjamin Netanyahu" (username "osintanalysis"). Of note, the website names were also utilized in display names for Discord account "thekashpatel" (thekashpatelRECONOSINT" and "KashPatelOSINT). A screenshot of the website can be found below. The website includes a photo of Benjamin Netanyahu, the user's name "Plutonium", an email address to contact the individual, "plutonium@fbi.one" and Discord name "osintanalysis."

25

Case #: 3:265MJ5232



**Information Obtained from Nathan HAYES' Probation Officer**

32.     On or about May 5, 2026, HAYES' Probation Officer, Colynn Elder of Oregon Youth Authority, provided a recent history of HAYES' living situation following his release from the previously mentioned youth correction facility. On March 18, 2026, HAYES was reported to be living with his mother and older siblings at 1207 43rd Ave, Sweet Home, OR 97386. Of note, this is the same address used for Discord user "thekashpatel's" billing information. Around March 31, 2026, HAYES was asked to leave his mother's residence after he was accused of stealing a family member's bank card information. Throughout April 2026, Officer Elder met with HAYES at multiple hotels in Albany, Oregon. On April 17, 2026, HAYES lost his job through the temp agency at Oregon Freeze Dry and was offered the opportunity to stay with his grandparents in Veneta, Oregon. On May 5, 2026, Officer Elder met with HAYES at his grandparents' residence located at 88381 Ridiculous Rd., Veneta, Oregon (Premises).

33.     On May 12, 2026, FBI Toledo communicated telephonically with Officer Elder. Officer Elder informed Agents she used to meet with HAYES regularly at his mother's residence

26

located in Sweet Home, Oregon. Officer Elder communicated with HAYES over a cellphone that HAYES said belonged to him. The phone was allegedly purchased for HAYES by HAYES' mother. At the time, HAYES was living in a camping trailer located behind the residence, but Officer Elder traditionally met with HAYES in the living room of his mother's home. When Officer Elder looked inside HAYES' trailer, she did not observe any monitors, PC gaming systems, or computers. Historically, HAYES got in fights with others and his family reported they were intimidated by HAYES when he got upset. As such, HAYES' mother purchased a punching bag for HAYES and put it on the back patio. There was a cat at HAYES' mother's residence, as well as at HAYES' grandma and grandpa's residence. Officer Elder did not know HAYES to speak Spanish, nor was she aware if he was of Hispanic descent. Of note, as previously reported in paragraph 39, SOI-2 stated Discord user "Benjamin Netanyahu" lived in a trailer, had an interest in boxing, owned a cat, and was possibly Hispanic. Officer Elder was able to confirm HAYES lived in a trailer behind his mother's residence, owned or had access to a cat, and possessed a punching bag.

34.     After HAYES left his mother's residence, he stayed in hotels. Officer Elder met with HAYES while he was staying in the hotels. During these visits, Officer Elder observed a PC gaming system and two monitors. HAYES also continued to maintain the same telephone number. In May 2026, Officer Elder visited HAYES at his current location, which is the residence of his grandparents in Veneta, Oregon (Premises). Officer Elder observed the same PC gaming system and two monitors that she initially observed in the hotel. When Officer Elder asked about the electronics, HAYES responded, "I brought these," indicating he transports his electronic devices from one location to the next.

35.     On May 13th, 2026, FBI Toledo obtained a federal search warrant for Discord accounts Discord User ID 1411724396325900472, which is associated with username "Raymondreddington70, Discord User ID 924959714612248586, associated with username "thekashpatel", and Discord username "osintanalysis."

36.     On May 18th, 2026, Discord responded to the search warrant with information for the accounts Discord User ID 1411724396325900472, which is associated with username "Raymondreddington70, Discord User ID 924959714612248586, associated with username "thekashpatel", and Discord username "osintanalysis."

37.     On May 21st, 2026, the affiant reviewed a chat with the Discord accounts "osinitanalysis#0" and "a_renewing_egg_crushed#0" from May 12th, 2026, starting at 09:56 UTC.

      a.  Osintanalysis#0:

          i.  i already did more calls in one hour than most peak months of swatting

          ii.  not even a felx

          iii.  just insane bro ðŸ˜¬

          iv.  50 in am onth

          v.  they call this mass

          vi.  i did 35 in an hour ðŸ˜¬

      b.  a_renewing_egg_crushed#0:

          i.  Crazy

      c.  osinitanalysis#0:

          i.  1 every 2 minutes ish

28

Case #: 3:265MJ5232

    ii. i had all numbers ready

   d. a_renewing_egg_crushed#0:

    i. How long the calls take

   e. osinitanalysis#0:

    i. and just went into a flow state

    ii. of psycho shooter crazy motherfucker

    iii. 2 minutes tops

    iv. https://www.news5cleveland.com/news/local-news/at-least-35-ohio-schools-receive-hoax-calls-wednesday

    v. https://www.facebook.com/FBICleveland/posts/earlier-this-week-schools-across-ohio-were-randomly-targeted-in-swatting-calls-a/1050381314820129/

38. Both the links sent by osinitanalysis#0 refer to the schools that received swatting/bomb threats on March 4th, 2026.

39. On May 15, 2026, FBI Toledo obtained a federal search warrant signed by the Honorable Amy E. Potter, U.S. Magistrate Judge for the District of Oregon, for HAYES' residential address, 88381 Ridiculous Rd, Veneta, OR 97487, the person of NATHAN HAYES, and any electronic devices and/or cell phones located therein/thereon (case number 6:26-mc-513).

40. On May 21, 2026, Agents executed a federal search warrant at 88381 Ridiculous Rd., Veneta, OR 97487. Agents spoke to HAYES in a post-Miranda interview. HAYES stated that he and several other individuals were responsible for making the swatting/bomb threat calls to schools in Ohio [specifically stating, 35 schools.] HAYES stated the others involved go by the

29

aliases "xx3," "ToxicJ," "Ducky," and "Frosted." HAYES stated they utilized the Microsip

server to place the calls. HAYES was shown a picture of the Microsip call log from paragraph 23

and confirmed this was the call log from the swatting/bomb threats from March 4th, 2026. An

unknown individual owns the Microsip server but goes by the alias "Andrew." HAYES stated

that approximately 200 people had access to that specific Microsip server.

41.     During the interview, HAYES also stated that identified himself as "Jared Miller"

to make the calls, and made the number appear as it was coming from Victim 1's phone number.

      a.  As discussed in paragraph 4 above, on or about March 4, 2026, an

individual identifying himself as "Jared Miller" called in a bomb and mass

shooting threat to Ottawa Hills High School, located at 2532 Evergreen

Rd., Ottawa Hills, OH 43606, located in the Northern District of Ohio,

Western Division. "Miller" placed the threatening call utilizing telephone

number 937-203-9578, which is Victim 1's phone number. Local law

enforcement responded to the scene and swept the area. There were no

bombs, nor active shooters, located on or near the property.

42.     HAYES confirmed he utilized the Discord accounts "osintanalysis,"

"thekashpatel," and "raymondreddington70." HAYES also stated that he made the Doxbin paste

"Plutonium Failed Swatter" (referenced in paragraph 28) because some people believed they had

identified him. HAYES used the fake name to make the Doxbin paste.

43.     FBI Portland, assisted by members from FBI Toledo, took HAYES into custody

at his residence in Veneta, Oregon, on May 21, 2026.

44.     Based on the information herein, there is probable cause to believe that HAYES

violated 18 U.S.C. § 844(e).

30

45.     Accordingly, I respectfully request that the Court issue a Criminal Complaint and arrest warrant for NATHAN HAYES.

Respectfully submitted,

_____
Task Force Officer Jon Gruenberg
Federal Bureau of Investigation

Sworn to via phone/video after submission by
reliable electronic means, per Fed.Crim.R. 41 and 4.1(d)(3).

_____     May 21, 2026
HONORABLE DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE

31